BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Anselmo Lupercio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00280 OWW |
| ) | |
| Plaintiff, ) | ORDER RE: STIPULATION TO |
| ) | CONTINUE |
| vs. ) | |
| ) | DATE: April 12, 2010, Time: 9:00 a.m. |
| ANSELMO LUPERCIO, ) | Hon:    Oliver W. Wanger |
| ) | |
| Defendant. ) | |

      Barbara Hope O'Neill the attorney of record for Anselmo Lupercio and Kathleen A. Servatius, Assistant United States Attorney, have agreed to continue this matter from April 12, 2010 at 9 a.m. until April 26, 2010 at 9 a.m.

      The continuance is requested because Mr. Lupercio is in custody in Tulare County on traffic matters and is not due to be released until April 15, 2010.

Dated:  March 30, 2010                 Respectfully submitted,

                                            /s/ Barbara Hope O'Neill
                                            Barbara Hope O'Neill
                                       Attorney for Anselmo Lupercio

Dated:  March 30, 2010                 /s/  Kathleen A. Servatius
                                           Kathleen A. Servatius
                                           Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the sentencing in this matter presently set for April 12, 2010 at 9:00 a.m. is continued until April 26, 2010, at 9:00 a.m in Courtroom 3.

IT IS SO ORDERED.

Dated:  **March 30, 2010**                  **/s/ Oliver W. Wanger**
                                                                                         UNITED STATES DISTRICT JUDGE